450 A.2d 198

Commonwealth v. Lees, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted April 6, 1982. Nino V. Tinari, for appellant; Jane Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.